**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| BAE SYSTEMS RESOLUTION INC., ET AL., | ) ) ) |
|     **Plaintiffs,** | ) ) |
| V. | ) ) |
| MISSION TRANSPORT, LLC; ET AL., | ) ) ) |
|     **Defendants.** | ) |

CIVIL ACTION NO. SA-19-CA-0974-FB

## ORDER WITHDRAWING ORDER OF ADMINISTRATIVE CLOSURE

On this date, the Court considered the status of the above styled and numbered cause. All but three defendants have been served and the parties who have appeared have submitted proposed scheduling recommendations. The Court is therefore of the opinion that the Order of Administrative Closure (docket no. 66) should be withdrawn and this case should be reopened and placed back on the Court's active litigation docket.

IT IS THEREFORE ORDERED that the Order of Administrative Closure (docket no. 66) is WITHDRAWN and this case is REOPENED and placed back on the Court's active litigation docket.

It is so ORDERED.

SIGNED this 2nd day of October, 2020.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE