IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| BAE SYSTEMS RESOLUTION INC., ET AL. | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | C.A. 5:19-cv-00974 |
| MISSION TRANSPORT, LLC, ET AL. | § § § | |
| Defendants. | § § | |

## PLAINTIFFS' AND DEFENDANTS BAKER HUGHES, A GE COMPANY, LLC AND BAKER HUGHES OILFIELD OPERATIONS, LLC's JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiffs, BAE Systems Resolution Inc., et al. ("**Plaintiffs**") and Defendants Baker Hughes Oilfield Operations, LLC and Baker Hughes, a GE Company, LLC ("**Defendants**") (Plaintiffs and Defendant are collectively "**the Parties**") move the Court to enter an Agreed Order of Dismissal with Prejudice against Defendant .

This Motion is made pursuant to the settlement agreement between the Parties. The Parties request the entry of an Agreed Order of Dismissal pursuant to the settlement agreement, and subject to the Court retaining jurisdiction to enforce the settlement agreement. The Agreed Order of Dismissal shall not apply to Plaintiffs' claims against any defendant other than Defendant .

WHEREFORE, premises considered, the Parties request this Court enter the attached and incorporated Order of Dismissal with Prejudice.

Dated:  October 23, 2020.

Respectfully submitted,

/s/ Kelly D. Brown
Kelly D. Brown
Federal I.D. 13782
State Bar No. 03149830
1401 McKinney, Suite 1700
Houston, Texas 77010
Telephone: (713) 752-8628
Facsimile: (713) 425-7928
E-mail: kbrown@craincaton.com

ATTORNEYS IN CHARGE FOR PLAINTIFFS

**OF COUNSEL:**
CRAIN, CATON & JAMES, P.C.
1401 McKinney, Suite 1700
Houston, Texas 77010
Telephone: (713) 658-2323
Facsimile: (713) 658-1921

Respectfully submitted,

**Munsch Hardt Kopf & Harr, PC**

/s/Mary W. Koks
**MARY W. KOKS**
Texas Bar Number 04856800
700 Milam, Suite 2700
Houston, TX  77002
Telephone: (713) 222-4030
E-mail: mkoks@munsch.com

ATTORNEY FOR DEFENDANTS **BAKER HUGHES, A GE COMPANY, LLC AND BAKER HUGHES OILFIELD OPERATIONS, LLC**

2

## CERTIFICATE OF CONFERENCE

This is to certify that the undersigned contacted counsel of record for Defendant and Defendant agrees to this Motion.

/s/ Kelly D. Brown
Kelly D. Brown

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2020, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Western District of Texas, using the electronic case files system of the court. The electronic case files system sent a "Notice of Electronic Filing" to those individuals who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Kelly D. Brown
Kelly D. Brown