# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| BAE SYSTEMS RESOLUTION INC., ET AL., | ) ) ) |
| Plaintiffs, | ) ) |
| V. | ) )   CIVIL ACTION NO. SA-19-CA-0974-FB |
| MISSION TRANSPORT, LLC; ET AL., | ) ) ) |
| Defendants. | ) |

### ORDER GRANTING PLAINTIFFS' AND DEFENDANTS BAKER HUGHES, A GE COMPANY, LLC AND BAKER HUGHES OILFIELD OPERATIONS, LLC'S JOINT MOTION TO DISMISS WITH PREJUDICE

Before the Court is Plaintiffs' and Defendants Baker Hughes, A GE Company, LLC, and Baker Hughes Oilfield Operations, LLC's Joint Motion to Dismiss With Prejudice. (Docket no. 217). After consideration, the Court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that Plaintiffs' and Defendants Baker Hughes, A GE Company, LLC, and Baker Hughes Oilfield Operations, LLC's Joint Motion to Dismiss With Prejudice (docket no. 217) is GRANTED such that plaintiffs' claims against defendants Baker Hughes, A GE Company, LLC, and Baker Hughes Oilfield Operations, LLC are DISMISSED WITH PREJUDICE. Plaintiffs' claims against all other remaining defendants continue to be pending for disposition.

It is so ORDERED.

SIGNED this 26th day of October, 2020.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE